**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| a Hong Kong Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. Judge: |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBIT TWO
COPYRIGHT REGISTRATION NO. VA 2-348-112**

Registration Number
**VA 2-348-112**
Effective Date of Registration:
May 22, 2023
Registration Decision Date:
May 22, 2023

## Title

    **Title of Work:** Beadnova 2016 DIY Instruction

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** August 31, 2016
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Collectanea J. Limited
    **Author Created:** photograph
    **Work made for hire:** Yes
    **Citizen of:** China
    **Domiciled in:** Hong Kong

## Copyright Claimant

    **Copyright Claimant:** Collectanea J. Limited
    213 New City Center, 2 LEI YUE MUN RD, Kwun Tong, Hong Kong

## Certification

    **Name:** Larry Ford Banister II
    **Date:** May 22, 2023

**Registration #:** VA0002348112
**Service Request #:** 1-12591288664

## Mail Certificate

Ford Banister LLC
Larry Ford Banister II
Floor 7
305 Broadway
New York, New York 10007 United States

**Priority:** Special Handling     **Application Date:** May 22, 2023

## Correspondent

Page 2 of 2

|  |  |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date:** | May 22, 2023 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |



✳ Warm Prompt: The accessories in the pictures only used for displaying the operation step, not contained in packing.