**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| a Hong Kong Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. Judge: |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBIT THREE**
**COPYRIGHT REGISTRATION NO. VA 2-348-115**

Registration Number

# VA 2-348-115

**Effective Date of Registration:**
May 22, 2023
**Registration Decision Date:**
May 22, 2023

## Title

**Title of Work:** Beadnova 2017 Series

## Completion/Publication

**Year of Completion:** 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Collectanea J. Limited
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Collectanea J. Limited
213 New City Center, 2 LEI YUE MUN RD, Kwun Tong, Hong Kong

## Rights and Permissions

**Organization Name:** Ford Banister LLC
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** Floor 7
305 Broadway
New York, New York 10007 United States

## Certification

Registration #: VA0002348112
Service Request #: 1-12591288664

## Mail Certificate

Ford Banister LLC
Larry Ford Banister II
Floor 7
305 Broadway
New York, New York 10007 United States

Priority: Special Handling        Application Date: May 22, 2023

## Correspondent

**Name:** Larry Ford Banister II
**Date:** May 22, 2023

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



GEM-0001-0104-6



GEM-0015-0104-2



- 4mm: 94~96pcs

GEM-0015-0104-6



GEM-0001-0104-10






<pre>GEM-0001-0106-10</pre>



GEM-0007-0106-10





GEM-0002-0108-10




GEM-0004-0104-10



GEM-0004-0108-10

GEM-0012-0108-10

