# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collectanea J. Limited, ) | |
| a Hong Kong Limited Corporation ) | Case: 1:24-cv-07080 |
| ) | |
| Plaintiff, ) | Judge: Andrea R. Wood |
| ) | |
| v. ) | Mag. Judge: Jeannice W. Appenteng |
| ) | |
| The Partnerships And ) | |
| Unincorporated Associations ) | |
| Identified On Schedule "A" ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO DEF. (No. 132) Gemstone Wholesale

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Collectanea J. Limited hereby dismisses this action without prejudice against Def. (No. 132) Gemstone Wholesale.

Respectfully Submitted this 23rd day of December 2024,

*/s/ Lydia Pittaway*
Fla. Bar No: 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 212-500-3268
Fax: +1 212-500-3269
lpittaway@fordbanister.com
*Attorney for Plaintiff*