# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collectanea J. Limited, | Case: 1:24-cv-07080 |
| Plaintiff, | Judge: Andrea R. Wood |
| v. | Mag. Judge: Jeannice W. Appenteng |
| The Partnerships And Unincorporated Associations Identified On Schedule "A" | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEF. (NO. 12) pandahall Jewlife Store

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Collectanea J. Limited hereby dismisses this action without prejudice against DEF. (NO. 12) pandahall Jewlife Store.

Respectfully Submitted this 4th day of February 2025,

By: /s/ Sandra Cristina Perez

Sandra Cristina Perez
FL Bar No.: 0051392
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: scperez@fordbanister.com
Attorney for Plaintiff