**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COLLECTANEA J. LIMITED, | ) | |
| a Hong Kong Limited Corporation, | ) | No. 24-cv-07080 |
| | ) | |
| Plaintiff, | ) | Judge Andrea R. Wood |
| | ) | |
| v. | ) | Magistrate Judge Jeannice W. Appenteng |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Collectanea J. Limited ("Plaintiff" or "Collectanea") against the Defendants identified on the attached Schedule A (the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against certain Defendants;

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and the Defaulting Defendants having not answered or appeared, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases and offer shipping to the United States using infringing and counterfeit versions of Plaintiff's federally registered trademark ("the Beadnova Mark") and/or displaying its federally registered copyrights (the "Beadnova Works") in its listings for sale to residents of Illinois.

In this case, Plaintiff has presented screenshot evidence [Doc. 15] that Defendants' e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing and/or counterfeit versions of the Beadnova mark, which include screenshot evidence confirming that the Defendants' e-commerce stores stand ready, willing and able to ship its goods to customers in Illinois bearing infringing and/or counterfeit versions of the Beadnova Trademark. [Doc. 15]. Plaintiff has also presented screenshot evidence [Doc. 15] that Defendants' e-commerce stores are reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores which display, market, and advertise with the Beadnova Works in their listings for sale and/or offering counterfeit Beadnova products for sale.

A list of the Beadnova Trademark and Copyrights is included in the below charts.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| VA 4663497 | The mark consists of the wording "BEADNOVA" in stylized font. | Class 14 |

| Registration Number | Registered Copyright Image |
|---|---|
| Registration Number VA 2-348-112 |  |
| Registration Number VA 2-348-115 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C §101 et seq.) consistent with the Amended Complaint.

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.  Defaulting Defendants, its officers, agents, servants, employees, and attorneys, and all persons acting in active concert and participation with them, be permanently enjoined and restrained from:

    a.  using the Beadnova Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Beadnova product or not authorized by Collectanea to be sold in connection with the Beadnova Trademark;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Beadnova product or any other product produced by Beadnova or not produced under the authorization, control, or supervision of Beadnova or approved by Plaintiff for sale under the Beadnova Trademark;

    c.  displaying, marketing or advertising with the Beadnova Works;

    d.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision

of Beadnova, or are sponsored by, approved by, or otherwise connected with Beadnova; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Beadnova, nor authorized by Beadnova to be sold or offered for sale, and which bear any of Beadnova's trademarks or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who are providing services for the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms including but not limited to Aliexpress, AliPay, eBay, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, Payoneer, Stripe, and PingPong (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell counterfeit and infringing goods using the Beadnova Trademark;

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Beadnova Trademark or any reproductions, counterfeit copies, or colorable imitations thereof that are not genuine Beadnova products or not authorized by Plaintiff to be sold in connection with the Beadnova Trademark; and

    c. operating and/or hosting websites that are involved with the display, marketing and advertising with the Beadnova Works or substantially similar images.

3.     Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit using the Beadnova Trademark and display of the registered Beadnova Copyrights.

4.     Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($75,000) for willful trademark infringement and fifty thousand dollars ($75,000) for willful copyright infringement. This award shall apply to the Defaulting Defendants only once, even if a store is listed under multiple different aliases in the Complaint and Amended Schedule A.

5.     Any Third Party Providers holding funds for Defaulting Defendants, including but not limited to Aliexpress, AliPay, eBay, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, Payoneer, Stripe, and PingPong (collectively, the "Third Party Providers") shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Store from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.     All monies (up to the amount of the statutory damages awarded in Paragraph 4 above)

currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers including but not limited to Aliexpress, AliPay, eBay, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, Payoneer, Stripe, and PingPong (collectively, the "Third Party Providers") are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including but not limited to Aliexpress, AliPay, eBay, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Paypal, Payoneer, Stripe, and PingPong (collectively, the "Third Party Providers"), are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Plaintiff has recovered full payment of monies owed to it by Defaulting Defendants, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses for Defendants identified in the Second Amended Schedule A and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: October 27, 2025

_____
Andrea R. Wood
United States District Judge

[Schedule A on Following Page]

### SECOND AMENDED SCHEDULE A

| Def. No. | Platform | Store Name | Store URL | Cause of Action |
|---|---|---|---|---|
| 1 | ██████ | ████████████ | ████████████████ | ████████████ |
| 2 | Aliexpress | 4UrDiy Store | https://www.aliexpress.com/store/110 ?809250?spm=a2g0o.detail.0.0.3c16 3gCpBgCpJ8 | 17 U.S.C §101 |
| 3 | Aliexpress | A bunch of beautiful Beads Store | https://www.aliexpress.com/store/110 305219?spm=a2g0o.detail.0.0.4f85j FFCjFFCVU | 17 U.S.C §101 |
| 4 | ██████ | █████████ | ████████████████ | ██████████ |
| 5 | ██████ | ████████ | ████████████████ | ████████ |
| 6 | Aliexpress | AOHAYOOMQ Store | https://www.aliexpress.com/store/110 391988?spm=a2g0o.detail.0.0.6a3a2 CxV2CxV9p | 17 U.S.C §101 |
| 7 | Aliexpress | Asingeloo88 Store | https://www.aliexpress.com/store/110 424234?spm=a2g0o.detail.0.0.6ca7n YeqnYeqv4 | 17 U.S.C §101 |
| 8 | Aliexpress | DIY Popular Jewelry Store | https://www.aliexpress.com/store/110 2019862?spm=a2g0o.detail.0.0.37b1 RutxRutKs | 17 U.S.C §101 |
| 9 | Aliexpress | Fashion Jewelry Beads Store | https://www.aliexpress.com/store/110 289537?spm=a2g0o.detail.0.0.271d 3ky38ky32l | 17 U.S.C §101 |
| 10 | Aliexpress | GMB724 Happy Beads Store | https://www.aliexpress.com/store/110 0492465?spm=a2g0o.detail.0.0.2165 ntyRntyRJY | 15 U.S.C. §1114 5 U.S.C. § 1125(a)) |

| 11 | Aliexpress | KuoYu Store | https://www.aliexpress.com/store/110 295876?spm=a2g0o.detail.0.0.61a5 RIllRIll5U | 17 U.S.C §101 |
|---|---|---|---|---|
| 12 | ████ | ████ | ████ | ████ |
| 13 | Aliexpress | Shop1103000209 Store | https://www.aliexpress.com/store/110 2994604?spm=a2g0o.detail.0.0.7a5b nA1XmA1X8t | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 14 | ████ | ████ | ████ | ████ |
| 15 | ████ | ████ | ████ | ████ |
| 16 | ████ | ████ | ████ | ████ |
| 17 | ebay | 12starllc07 | https://www.ebay.com/str/12starllc | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 18 | ebay | 1Warhammer | https://www.ebay.com/str/1warhamm r?_trksid=p4429486.m145687.l1490 86 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 19 | ebay | 408jayson | https://www.ebay.com/usr/408jayson ?_trksid=p4429486.m145687.l15193 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 20 | ebay | accessories_mall12 3 | https://www.ebay.com/str/accessories mall123?_trksid=p4429486.m145687 l149086 | 17 U.S.C §101 |
| 21 | ebay | adaivg-0 | https://www.ebay.com/str/adaivg0 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 22 | ebay | adclar64 | https://www.ebay.com/str/summerlig t | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 23 | ebay | adiavizohar | https://www.ebay.com/str/adiavizoha r?_trksid=p4429486.m145687.l14908 6 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 24 | ebay | adpa9905 | https://www.ebay.com/usr/adpa9905? _trksid=p4429486.m145687.l151931 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 25 | ebay | ahars17 | https://www.ebay.com/str/ahars17 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 26 | ebay | aja1968 | https://www.ebay.com/usr/aja1968?_t rksid=p4429486.m145687.l151931 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 27 | ebay | ali-bali_123 | https://www.ebay.com/usr/ali-bali_123?_trksid=p2047675.m3561.l 2559 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 28 | ██████ | ██████ | | ██████████████ ██████████████ |
| 29 | ebay | allmarketshop | https://www.ebay.com/str/allmarkets hop?_trksid=p4429486.m145687.l114 9086 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 30 | ebay | alyou6583 | https://www.ebay.com/str/alaa5store | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 31 | ebay | amaso2543 | https://www.ebay.com/str/amarthasto ree | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 32 | ebay | amb-retailers | https://www.ebay.com/usr/amb-retailers | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 33 | ██████ | ██████████████ ██████ | ██████████████████ ██████████████████ | ██████████████ |
| 34 | ebay | amitbestdeals | https://www.ebay.com/str/thebestfuns hop | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 35 | ebay | amizami4 | https://www.ebay.com/usr/amizami4? _trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 36 | ebay | amosik-31 | https://www.ebay.com/str/amosik31? _trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.SC §101 |
| 37 | ebay | ancestral-foods | https://www.ebay.com/str/ancestralfo ods | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |

| 38 | ebay | andlau-8494 | https://www.ebay.com/str/andlau849 4 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
|---|---|---|---|---|
| 39 | ebay | anib-27 | https://www.ebay.com/str/anib27 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 40 | ebay | anugraoes-0 | https://www.ebay.com/str/eposlejen | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 41 | ebay | autobuycentre | https://www.ebay.com/str/autobuycen re | 17 U.S.C §101 |
| 42 | ebay | aviasu78 | https://www.ebay.com/str/aviasu78?_ rksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 43 | ebay | AviGali | https://www.ebay.com/str/avigali?_tr sid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 44 | ebay | ayatmart | https://www.ebay.com/str/ayatmart | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 45 | ebay | azvan_94 | https://www.ebay.com/usr/azvan_94? trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) |
| 46 | ebay | babyjelly | https://www.ebay.com/str/babyjelly | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 47 | ebay | BananaStore4U | https://www.ebay.com/str/bananastor 4u?_trksid=p4429486.m145687.114 086 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 48 | ebay | be_memorable | https://www.ebay.com/usr/be_memor ble?_trksid=p4429486.m145687.115 931 | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 49 | ebay | bee-wear | https://www.ebay.com/usr/bee-wear | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 50 | ebay | befaststore | https://www.ebay.com/str/befaststore _trksid=p4429486.m145687.114908 | 17 U.S.C §101 |
| 51 | ebay | Bennuta | https://www.ebay.com/str/bennuta | 15 U.S.C. §1114 5 U.S.C. § 1125(a) 17 U.S.C §101 |
| 52 | ebay | best_home_stuff | https://www.ebay.com/str/besthomest ff1 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |

| | | | | |
|---|---|---|---|---|
| 53 | ▉▉ | ▉▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉ |
| 54 | ebay | bestfinds_inc | https://www.ebay.com/usr/bestfinds_inc?_trksid=p4429486.m145687.l1511...931 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 55 | ebay | bestmartonline-2 | https://www.ebay.com/str/bestmartonline3 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 56 | ebay | bestshop19 | https://www.ebay.com/str/bestxshopx | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 57 | ebay | bigtimeshoppingmall | https://www.ebay.com/str/bigtimeshoppingmall | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 58 | ebay | bizwizniz_hub | https://www.ebay.com/usr/bizwizniz_hub?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 59 | ebay | black_dragon_500 | https://www.ebay.com/str/blackdrago...5001 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 60 | ebay | blanc-noir | https://www.ebay.com/usr/blanc-noir?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 61 | ebay | blc_82609 | https://www.ebay.com/str/blc82609 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 62 | ebay | brachaka_55 | https://www.ebay.com/str/brachaka55 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 63 | ebay | BRBCA MACHINES LLC | https://www.ebay.com/str/brbcamachines | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 64 | ebay | brimi-60 | https://www.ebay.com/usr/brimi-60?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 65 | ebay | brownie-reindeer | https://www.ebay.com/str/browniereindeer | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |

|  |  |  |  | 17 U.S.C §101 |
|---|---|---|---|---|
| 66 | ebay | Budget Deals Haven | https://www.ebay.com/str/vinyasaautomotive?_trksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 67 | ebay | building_blocks_2010 | https://www.ebay.com/str/buildingblocks2010?_trksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 68 | ███ | █████████ | ████████████████████████ | ██████████████ |
| 69 | ebay | buy&go207 | https://www.ebay.com/str/buygo207?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 70 | ebay | buyonline2018 | https://www.ebay.com/str/buyonline2018?_trksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 71 | ███ | █████████ | ████████████████████████ | ██████████████ |
| 72 | ebay | cedricdimasa | https://www.ebay.com/str/cedricdimasa?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114<br>5 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 73 | ebay | celina_distribution | https://www.ebay.com/str/accounts202 | 15 U.S.C. §1114<br>5 U.S.C. § 1125(a)) |
| 74 | ebay | cellwel | https://www.ebay.com/usr/cellwel?_trksid=p4429486.m3561.l2559 | 17 U.S.C §101 |
| 75 | ebay | Chana Feldman | https://www.ebay.com/str/chanafeldman?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114<br>5 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 76 | ebay | cheap_n_fast | https://www.ebay.com/str/winchester2023 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 77 | ebay | chja-7217 | https://www.ebay.com/usr/chja-7217?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 78 | ebay | chris_2.0 | https://www.ebay.com/str/chris20123 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |

| | | | | |
|---|---|---|---|---|
| 79 | ebay | chrisbrenya | https://www.ebay.com/usr/chrisbreny a?_trksid=p4429486.m145687.l1519 1 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 80 | ebay | chrismee35 | https://www.ebay.com/str/christbests up | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 81 | ebay | christopherakocz0 | https://www.ebay.com/usr/christophe akocz0?_trksid=p4429486.m3561.l2 559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 82 | ebay | ciaza22 | https://www.ebay.com/usr/ciaza22?_t ksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 83 | ebay | cjronlinesolutions | https://www.ebay.com/str/cjronlineso lutions?_trksid=p4429486.m145687.l 49086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 84 | ███ | ██████ | █████████████████████████ ███ | ██████<br>████████<br>███████ |
| 85 | ebay | cocoapri1 | https://www.ebay.com/str/cocoapri1 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 86 | ebay | collectiblesnstuff | https://www.ebay.com/usr/collectible nstuff?_trksid=p2047675.m3561.l25 59 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 87 | ebay | compa | https://www.ebay.com/str/compa?_tr sid=p4429486.m145687.l149267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 88 | ebay | Comprar Con Mercado | https://www.ebay.com/str/comprarco mercado?_trksid=p4429486.m14568 7.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 89 | ebay | crazystoree | https://www.ebay.com/usr/crazystore ?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 90 | ebay | crispydigits | https://www.ebay.com/str/crispydigit | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 91 | ebay | crtcrvnh123 | https://www.ebay.com/str/crtcrvnh12 3?_trksid=p4429486.m145687.l1490 86 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |

| | | | | |
|---|---|---|---|---|
| 92 | ebay | ctrhatch | https://www.ebay.com/usr/ctrhatch?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 93 | ebay | dangcoolgoods | https://www.ebay.com/str/dangcoolgoods | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 94 | ebay | DAVEFOR | https://www.ebay.com/str/davefor?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 95 | ebay | dedav3269 | https://www.ebay.com/usr/dedav3269?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 96 | ebay | deepbluellc | https://www.ebay.com/usr/deepbluellc?_trksid=p4429486.m145687.l1519 81 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 97 | ebay | defann32r | https://www.ebay.com/str/defann32r | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 98 | ebay | dilauluvitiy0 | https://www.ebay.com/usr/dilauluvitiy0?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 99 | ebay | discount.dynast | https://www.ebay.com/str/discountdynast?_trksid=p4429486.m145687.l114 0267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 100 | ebay | dobud_22 | https://www.ebay.com/usr/dobud_22?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 101 | ebay | doorpickers | https://www.ebay.com/usr/nathanla-?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 102 | ebay | dskskd | https://www.ebay.com/str/dskskd?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 103 | ebay | Durianstore2020 | https://www.ebay.com/str/durianstore 2020?_trksid=p4429486.m145687.l1 9086 | 17 U.S.C §101 |
| 104 | ebay | e-alpha | https://www.ebay.com/str/ealpha | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |

| 105 | ebay | e.kono-40 | https://www.ebay.com/usr/e.kono-40?_trksid=p4429486.m145687.l1151031 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 106 | ebay | ececomm | https://www.ebay.com/str/ececomm?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 107 | ebay | ecommdealsus | https://www.ebay.com/str/ecommercedealsinc | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 108 | ebay | edwib-90 | https://www.ebay.com/str/edwib90 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 109 | ebay | elevation-outlet100 | https://www.ebay.com/str/outdoorsfu1978?_trksid=p4429486.m145687.l19086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 110 | ebay | elevationoutlet389 | https://www.ebay.com/str/outdoorsfu1978 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 111 | ebay | eli_shop20 | https://www.ebay.com/str/elistore2 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 112 | ebay | emlind-3260 | https://www.ebay.com/usr/emlind-3260?_trksid=p4429486.m3561.l2550 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 113 | ebay | emtol755 | https://www.ebay.com/usr/emtol755?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 114 | ebay | eranja_01 | https://www.ebay.com/usr/eranja_01?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 115 | ███ | █████ | ████████████ | ████████████ |
| 116 | ebay | ethele4052 | https://www.ebay.com/usr/ethele4052?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 117 | ebay | ezo-store | https://www.ebay.com/str/ezostore | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |

| | | | | |
|---|---|---|---|---|
| 118 | ebay | Fair-Price4u | https://www.ebay.com/str/fairprice4u?_trksid=p4429486.m145687.l14908 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 119 | ███ | ██████ | ██████████████████ | ██████████ |
| 120 | ebay | firil-42 | https://www.ebay.com/str/berkahiaku | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 121 | ebay | firstclass2011 | https://www.ebay.com/str/firstclass20 1 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 122 | ebay | fitzftw | https://www.ebay.com/usr/fitzftw?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 123 | ebay | foconnectivity | https://www.ebay.com/usr/foconnectivity?_trksid=p4429486.m145687.l15 931 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 124 | ebay | frebu_6779 | https://www.ebay.com/str/frebu6779 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 125 | ebay | from_sharon_to_you | https://www.ebay.com/str/fromsharon oyou | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 126 | ebay | G24FSADA | https://www.ebay.com/str/g24fsada?_rksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 127 | ebay | gashao.wassa | https://www.ebay.com/str/hgnh | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 128 | ebay | gavriela | https://www.ebay.com/str/gavriela?_tksid=p4429486.m145687.l149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 129 | ebay | gavstore2012 | https://www.ebay.com/str/gavstore20 2?_trksid=p4429486.m145687.l149 267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 130 | ebay | gaylesheapsofsunshine | https://www.ebay.com/str/heapsofsun hine | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 131 | ebay | Geeky Vibes Store | https://www.ebay.com/str/geekyvibes ?_trksid=p4429486.m145687.l14908 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 132 | ██ | ████ | ████████ | ████ |
| 133 | ebay | ghiu61 | https://www.ebay.com/str/ghiustore | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 134 | ebay | giftseasonal | https://www.ebay.com/str/giftseasona | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 135 | ██ | ████ | ████████ | ████████ |
| 136 | ebay | gminternational-27 | https://www.ebay.com/str/gminternationalinc | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 137 | ebay | godlydove | https://www.ebay.com/usr/godlydove?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 138 | ebay | graphopper | https://www.ebay.com/str/graphopper | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 139 | ebay | greatest choice | https://www.ebay.com/str/jamah?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 140 | ebay | greensen.living | https://www.ebay.com/str/greensenliving?_trksid=p4429486.m145687.l149267 | 17 U.S.C 101 |
| 141 | ebay | gulgul35 | https://www.ebay.com/usr/gulgul35?_trksid=p4429486.m145687.l151931 | 17 U.S.C 101 |
| 142 | ebay | gunassha0 | https://www.ebay.com/usr/gunassha0?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 143 | ebay | gwsya0 | https://www.ebay.com/str/gwsya | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 144 | ebay | hall-sales | https://www.ebay.com/usr/hall-sales?_trksid=p2047675.m3561.l255 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C 101 |
| 145 | ebay | happiness2020 | https://www.ebay.com/str/happiness2020 | 17 U.S.C 101 |

| | | | | |
|---|---|---|---|---|
| 146 | ebay | happo-yoshi | https://www.ebay.com/usr/happo-yoshi?_trksid=p2047675.m3561.l255 0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 147 | ebay | hasee-79 | https://www.ebay.com/usr/hasee-79 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 148 | ebay | hassaniqbal2008 | https://www.ebay.com/str/hassaniqba 2008 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 149 | ██ | ████ | ███████████ | ███ |
| 150 | ██ | ██ | ██████████ | ███ |
| 151 | ebay | hol-4620 | https://www.ebay.com/str/hol4620 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 152 | ██ | █████ | ███████████ | ███ |
| 153 | ebay | | ██████████ | ██ |
| 154 | ebay | HS Spindles | https://www.ebay.com/str/hsspindles? _trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 155 | ebay | idavra1 | https://www.ebay.com/str/idavra1 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 156 | ebay | iftac_0 | https://www.ebay.com/str/iftac0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 157 | ██ | █████ | ███████████ | ███ |
| 158 | ebay | ilayb-12 | https://www.ebay.com/str/ilayb12 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 159 | ebay | Inik0462-fe3qgqm | https://www.ebay.com/usr/inik0462-fe3qgqm?_trksid=p4429486.m14568 7.l151931 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 160 | ebay | israland | https://www.ebay.com/str/megavegag oods | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 161 | ebay | istme-95 | https://www.ebay.com/str/istme95 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 162 | ebay | itzhakahiacohen | https://www.ebay.com/str/itzhakahiac ohen | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 163 | ebay | j-m-boutique | https://www.ebay.com/str/josetopsho | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 164 | ebay | jacobalex1900 | https://www.ebay.com/str/keirastore0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 165 | ███ | ███ | ███ | ███ |
| 166 | ebay | jampu_12 | https://www.ebay.com/usr/jampu_12 ?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 167 | ebay | japananime | https://www.ebay.com/str/japananime | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 168 | ebay | jc64_58 | https://www.ebay.com/usr/jc64_58?_ rksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 169 | ebay | jd2654 | https://www.ebay.com/usr/jd2654?_tr sid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 170 | ebay | JDM Marketplace | https://www.ebay.com/str/jdmmarket place?_trksid=p4429486.m145687.l1 9086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 171 | ebay | jdmmarketplace | https://www.ebay.com/str/jdmmarket place | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 172 | ebay | jgun_29 | https://www.ebay.com/usr/jgun_29?_ rksid=p4429486.m145687.l151931 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |

| | | | | |
|---|---|---|---|---|
| | | | | 17 U.S.C §101 |
| 173 | ebay | jhawil-6 | https://www.ebay.com/str/hamirastore | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 174 | ebay | jonnyshpz | https://www.ebay.com/str/jonnyshpz?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 175 | ebay | josyu-0 | https://www.ebay.com/str/josyu0?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 176 | ebay | jpoillucci | https://www.ebay.com/str/thegift4u | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 177 | ebay | juerodrigu-0 | https://www.ebay.com/str/juerodrigu0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 178 | ebay | julmartine_99 | https://www.ebay.com/usr/julmartine_99?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 179 | ebay | Justin's Goods Emporium | https://www.ebay.com/str/justinsgoodemporium?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 180 | ebay | kabor-achil | https://www.ebay.com/str/kaborachil | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 181 | ebay | kammyrz_0 | https://www.ebay.com/str/alkim | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 182 | ███ | ██████ | ████████████████ | ████████ |
| 183 | ebay | kazano87 | https://www.ebay.com/str/vnave | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 184 | ebay | keeperspace | https://www.ebay.com/str/keeperspace | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 185 | ebay | kfiyitzha-0 | https://www.ebay.com/str/kfiyitzha0shop | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 186 | ebay | khareh98 | https://www.ebay.com/usr/khareh98?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |
| 187 | ██ | ████ | ███████ | ██████ |
| 188 | ebay | kimbino-0 | https://www.ebay.com/str/kimbino0viewprofile | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a) |
| 189 | ebay | kingdom4store | https://www.ebay.com/str/kingdom4store | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a) |
| 190 | ebay | Kizacks Online | https://www.ebay.com/str/kizacksonline?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |
| 191 | ebay | kotiw_70 | https://www.ebay.com/usr/kotiw_70?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |
| 192 | ebay | Kotiw_71 | https://www.ebay.com/str/kotiw71?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |
| 193 | ebay | leibshm-0 | https://www.ebay.com/str/leibshm0?_trksid=p4429486.m145687.l1149267 | 15 U.S.C. §1114<br>████████ |
| 194 | ebay | lepichome | https://www.ebay.com/str/lepichome?_trksid=p4429486.m145687.l1149086 | 17 U.S.C §101 |
| 195 | ebay | liat_store1 | https://www.ebay.com/str/liatstore1 | 15 U.S.C. §1114<br>████████ |
| 196 | ebay | likeqing457 | https://www.ebay.com/str/likeqing457?_trksid=p4429486.m145687.l1149267 | 17 U.S.C §101 |
| 197 | ebay | lisachannelUser | https://www.ebay.com/str/lisachannelUser?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |
| 198 | ebay | liulanshop | https://www.ebay.com/str/liulanshop?_trksid=p4429486.m145687.l1149267 | 17 U.S.C §101 |
| 199 | ebay | londonbr-86 | https://www.ebay.com/str/explicitdeals | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)<br>17 U.S.C §101 |

| 200 | ebay | lutfni_0 | https://www.ebay.com/str/lutfni0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 201 | ebay | Luxora-1 | https://www.ebay.com/str/luxora1?_tr<br>ksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 202 | ebay | ma_956291 | https://www.ebay.com/str/ma956291<br>?_trksid=p4429486.m145687.l14926<br>7 | 17 U.S.C §101 |
| 203 | ebay | majahexpress | https://www.ebay.com/usr/majahexpr<br>ess?_trksid=p4429486.m145687.l151<br>931 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 204 | ebay | marketstoreall | https://www.ebay.com/str/marketstor<br>eall?_trksid=p4429486.m145687.114<br>0086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 205 | ebay | marksmart | https://www.ebay.com/str/themarksm<br>art | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 206 | ebay | matmou-5989 | https://www.ebay.com/usr/matmou-<br>5989?_trksid=p4429486.m3561.l255<br>9 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 207 | ebay | matryoshka1 | https://www.ebay.com/usr/matryoshk<br>a1?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 208 | ebay | maurellifulfillment | https://www.ebay.com/usr/maurellifu<br>lfillment?_trksid=p4429486.m145687<br>l151931 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 209 | ebay | medicaldentaldepot | https://www.ebay.com/usr/medicalde<br>ntaldepot?_trksid=p2047675.m3561.l<br>2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 210 | ebay | medved.-7 | https://www.ebay.com/usr/medved.-<br>7?_trksid=p4429486.m145687.l15191<br>31 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 211 | ebay | mesitrade | https://www.ebay.com/usr/mesitrade?<br>_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 212 | ebay | mile01_96 | https://www.ebay.com/str/mile0196 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 213 | ebay | militaryman20 | https://www.ebay.com/str/militaryma | 15 U.S.C. §1114 |

| | | | | |
|---|---|---|---|---|
| | | | 120 | 15 U.S.C. § 1125(a)) |
| 214 | ebay | mirsand47 | https://www.ebay.com/usr/mirsand47_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 ███████████ ███████████ |
| 215 | ebay | mnmextension | https://www.ebay.com/str/mnmextension | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 216 | ebay | mugd65 | https://www.ebay.com/str/mugd65 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 217 | ebay | nataliliel | https://www.ebay.com/str/skldj?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 218 | ebay | ndsfan2010 | https://www.ebay.com/usr/ndsfan2010 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 219 | ebay | nicestore688 | https://www.ebay.com/str/nicestore688?_trksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 220 | ebay | nir_haram | https://www.ebay.com/str/nirharam | 15 U.S.C. §1114 ███████████ |
| 221 | ebay | nitesda | https://www.ebay.com/str/nitesda | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 222 | ebay | normile | https://www.ebay.com/usr/normile?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 223 | ebay | nuutp0 | https://www.ebay.com/str/nuutp0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 224 | ebay | ofat56 | https://www.ebay.com/str/ofat56?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 ███████████ |
| 225 | ebay | omekaldero1 | https://www.ebay.com/str/omekaldero1 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 226 | ebay | onthemark2000 | https://www.ebay.com/str/trendytreasurefinds | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 227 | ebay | oribarak | https://www.ebay.com/str/oribarak | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 228 | ebay | outlet_closetUser ID | https://www.ebay.com/str/outletcloset iserid?_trksid=p4429486.m145687.l 49086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 229 | ebay | palijoth0 | https://www.ebay.com/usr/palijoth0? _trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 230 | ebay | panachunj-0 | https://www.ebay.com/str/panaratchs iop | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 231 | ebay | Pandebesi | https://www.ebay.com/usr/pandebesi ?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 232 | ebay | petersonservicesllc7!559 | https://www.ebay.com/usr/petersonse vicesllc7?_trksid=p4429486.m3561.l | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 233 | ebay | phutan_21 | https://www.ebay.com/usr/phutan_21 ?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 234 | ebay | pinkfeathers08 | https://www.ebay.com/str/pinkfeather 08 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 235 | ebay | prayte-0 | https://www.ebay.com/str/garangangi no | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 236 | ebay | premierexchange | https://www.ebay.com/usr/premierex change?_trksid=p2047675.m3561.l25 i9 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 237 | ebay | premieroneproducts 8 | https://www.ebay.com/usr/premieron products*?_trksid=p4429486.m3561 2559 | 15 U.S.C. §1114 |
| 238 | ebay | pricenter-ksdy | https://www.ebay.com/str/pricenterks ly | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 239 | ebay | projectco_54 | https://www.ebay.com/str/projectco5 l | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 240 | ebay | proozify | https://www.ebay.com/str/proozify | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 241 | ebay | psavs72 | https://www.ebay.com/str/allinproduc s | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |

| 242 | ebay | qofa03 | https://www.ebay.com/usr/qofa03?_tr ksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 243 | ebay | qualityfind212 | https://www.ebay.com/str/qualityfind 212 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 244 | ebay | raazqa-0 | https://www.ebay.com/usr/raazqa-0)?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 245 | ebay | Rachell-1313 | https://www.ebay.com/str/rachell131 | 15 U.S.C. §1114 |
| 246 | ebay | rachels.top.shop | https://www.ebay.com/str/racheatzilo ) | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 247 | ebay | radama3978 | https://www.ebay.com/usr/radama39 78?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 248 | ebay | rajasat-0 | https://www.ebay.com/str/rajasat0 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 249 | ebay | Rana Fatone | https://www.ebay.com/str/ranafatone ?_trksid=p4429486.m145687.l14926 | 15 U.S.C. §1114 |
| 250 | ebay | rasury42 | https://www.ebay.com/str/rasury42 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 251 | ebay | rator_16 | https://www.ebay.com/usr/rator_16?_ rksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 252 | ebay | raza2270 | https://www.ebay.com/usr/raza2270?_ trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 253 | ebay | reezystore230 | https://www.ebay.com/str/sales2310 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 254 | ebay | rehoboth-64 | https://www.ebay.com/str/tradeslinge | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |
| 255 | ebay | Retro Gamer Depot | https://www.ebay.com/str/sprinklebo utique?_trksid=p4429486.m145687.l 49086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C 101 |

| 256 | ebay | retrogamerdepot | https://www.ebay.com/str/sprinklebo utique | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 257 | ebay | ridiculousprices | https://www.ebay.com/str/ridiculousp ices | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 258 | ebay | rira3594 | https://www.ebay.com/str/sunshop10 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 259 | ebay | rmi_collections_ltd | https://www.ebay.com/usr/rmi_collec ions_ltd?_trksid=p4429486.m3561.l 2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 260 | ebay | rn-103 | https://www.ebay.com/str/lwtter?_trk sid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 261 | ebay | rojames40 | https://www.ebay.com/usr/rojames40 _trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 262 | ebay | romarg_60 | https://www.ebay.com/str/rosalion | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 263 | ebay | roy.levi12 | https://www.ebay.com/str/roylevi12? _trksid=p4429486.m145687.l149086 | 17 U.S.C §101 |
| 264 | ebay | Running Rabbit USA | https://www.ebay.com/str/runningrab bitusa?_trksid=p4429486.m145687.l1 49086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 265 | ebay | rushmore-enterprises | https://www.ebay.com/str/rushmoree nterprises?_trksid=p4429486.m14568 7.l1149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 266 | ebay | saljok-0 | https://www.ebay.com/str/saljok0 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 267 | ebay | satand-94 | https://www.ebay.com/str/satand | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 268 | ebay | satisati | https://www.ebay.com/usr/satisati | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 269 | ebay | scarsdalesupplies | https://www.ebay.com/str/neusus4 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |

| | | | | 17 U.S.C §101 |
|---|---|---|---|---|
| 270 | ebay | searu4765 | https://www.ebay.com/usr/searu4765?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 271 | ebay | seller_cool_1 | https://www.ebay.com/str/sellercool1?_trksid=p4429486.m145687.l14926 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 272 | ebay | sellingdiscount | https://www.ebay.com/str/sellingdiscount | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 273 | ebay | sequoia_brands | https://www.ebay.com/usr/sequoia_brands?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 274 | ebay | shabb-2239 | https://www.ebay.com/str/shaboo | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 275 | ebay | shark.deals | https://www.ebay.com/str/onmyway2you | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 276 | ebay | shaulelc-46 | https://www.ebay.com/str/shaulelc46 | 15 U.S.C. §1114 |
| 277 | ebay | shellzgarth2013 | https://www.ebay.com/str/shellzbargainbuyz | 15 U.S.C. §1114 |
| 278 | ebay | sheshawgirl | https://www.ebay.com/usr/sheshawgirl?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 279 | ebay | shishi.led | https://www.ebay.com/str/shishiled?_rksid=p4429486.m145687.l149267 | 17 U.S.C §101 |
| 280 | ebay | shoph-2500 | https://www.ebay.com/usr/shoph-2500?_trksid=p4429486.m145687.l161931 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 281 | ebay | shoppyfun | https://www.ebay.com/str/shoppyfun | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 282 | ebay | SIDADT | https://www.ebay.com/str/thriftstoretreasure777?_trksid=p4429486.m1456.87.l1149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 283 | ebay | sksami | https://www.ebay.com/usr/sksami?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |

| | | | | |
|---|---|---|---|---|
| | | | | 17 U.S.C §101 |
| 284 | ebay | southern-prime | https://www.ebay.com/str/noxususa | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 285 | ebay | stansp-82 | https://www.ebay.com/usr/stansp-82 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 286 | ebay | Starcom2023 | https://www.ebay.com/str/starcom20 23?_trksid=p4429486.m145687.l1149 086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 287 | ebay | superfaststores | https://www.ebay.com/str/superfastst ores | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 288 | ebay | superstar19 | https://www.ebay.com/usr/superstar1 9 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 289 | ebay | Superstore Deals | https://www.ebay.com/str/superstored eals?_trksid=p4429486.l14 9086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 290 | ebay | surrealserenity | https://www.ebay.com/str/surrealsere nity | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 291 | ebay | syari52 | https://www.ebay.com/str/syari52 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 292 | ebay | tandctrading | https://www.ebay.com/usr/tandctradi ng?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 293 | ebay | tarmjan-0 | https://www.ebay.com/str/chokichoki oklatasli | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 294 | ebay | techw-99 | https://www.ebay.com/str/techw99 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 295 | ebay | Tesoro Virtual | https://www.ebay.com/str/tesorovirtu al?_trksid=p4429486.m145687.l1492 67 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 296 | ebay | The Essentials Express | https://www.ebay.com/str/theessentia lsexpress?_trksid=p4429486.m14568 7.l1149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |

| | | | | |
|---|---|---|---|---|
| 297 | ebay | theblue.store | https://www.ebay.com/str/thebluestore | |
| 298 | ebay | TheMarksMart | https://www.ebay.com/str/themarksmart?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 299 | ebay | Thin Account | https://www.ebay.com/str/wonderswarehouseworld?_trksid=p4429486.m145687.l1149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 300 | ebay | TodaTStore | https://www.ebay.com/str/todatstore?_trksid=p4429486.m145687.l1149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 301 | ebay | tomer_store3 | https://www.ebay.com/str/tomerstore1 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 302 | ebay | tool_smart44 | https://www.ebay.com/str/toolsmart4?_trksid=p4429486.m145687.l1149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C 101 |
| 303 | ebay | Tradeslinger | https://www.ebay.com/str/tradeslinger?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 304 | ebay | trashpandagadgets | https://www.ebay.com/str/trashpandagadgets | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 305 | ebay | trendyque | https://www.ebay.com/usr/trendyque?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 306 | ebay | trendytreasurehub | https://www.ebay.com/str/igotwhatyouneed2020 | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 307 | ebay | Troyaelite | https://www.ebay.com/str/troyaelite | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) 17 U.S.C §101 |
| 308 | ebay | Tsik_36 | https://www.ebay.com/str/bambangwarehose | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |
| 309 | ebay | Tzurie-72 | https://www.ebay.com/str/tzurie72?_trksid=p4429486.m145687.l1149086 | 15 U.S.C. §1114 17 U.S.C 101 |
| 310 | ebay | udi.kusu | https://www.ebay.com/str/udikusu | 15 U.S.C. §1114 15 U.S.C. § 1125(a)) |

| 311 | ebay | Uncle yered market | https://www.ebay.com/str/uncleyered market?_trksid=p4429486.m145687.l49086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
|-----|------|--------------------|---------------------------------------------------------------------------|----------------------------------------------------|
| 312 | ebay | urshqipe | https://www.ebay.com/str/urshqipe?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 313 | ebay | usa-prime-store | https://www.ebay.com/str/usaprimestore?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 314 | ebay | vepu36 | https://www.ebay.com/str/vepu | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 315 | ebay | viyatiyana | https://www.ebay.com/usr/viyatiyana_trksid=p4429486.m145687.l15193 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 316 | ebay | w0rldwide | https://www.ebay.com/usr/w0rldwide_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 317 | ebay | waram_26 | https://www.ebay.com/usr/waram_26_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 318 | ebay | warfian-0 | https://www.ebay.com/usr/warfian-0?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |
| 319 | ebay | wein-1923 | https://www.ebay.com/str/wein1923 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 320 | ebay | welikeit15 | https://www.ebay.com/usr/welikeit15_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 321 | ebay | Winchester 2023 | https://www.ebay.com/str/winchester2023?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 322 | ebay | winswo-95 | https://www.ebay.com/usr/winswo-95?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 323 | ebay | wishfulmarketplace | https://www.ebay.com/str/wishfulmarketplace | 15 U.S.C. §1114 15 U.S.C. § 1125(a) 17 U.S.C §101 |
| 324 | ebay | wizzystore | https://www.ebay.com/str/wizzystore | 15 U.S.C. §1114 15 U.S.C. § 1125(a) |

| | | | | |
|---|---|---|---|---|
| | | | | 17 U.S.C §101 |
| 325 | ebay | woodstg41 | https://www.ebay.com/usr/woodstg41?_trksid=p4429486.m3561.l2559 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 326 | ebay | yahel_shop | https://www.ebay.com/str/yahelstore5 | 15 U.S.C. §1114 ▮▮▮▮▮ |
| 327 | ebay | yair_shop10 | https://www.ebay.com/str/yairshop20 | 15 U.S.C. §1114 ▮▮▮▮▮ |
| 328 | ebay | yanir_store4 | https://www.ebay.com/str/yanirstore4?_trksid=p4429486.m145687.l14908 | 15 U.S.C. §1114 ▮▮▮▮▮ |
| 329 | ebay | yanirgarf | https://www.ebay.com/str/yanirgarf?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 330 | ebay | yaos_54 | https://www.ebay.com/str/yaos | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 331 | ebay | Yaso-8815 | https://www.ebay.com/str/yaso8815?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 332 | ebay | yawa-6343 | https://www.ebay.com/str/yawa6343 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |
| 333 | ebay | yirmiy0 | https://www.ebay.com/str/yirmiy0?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 334 | ebay | ynokliachk_0 | https://www.ebay.com/usr/ynokliachk_0?_trksid=p2047675.m3561.l2559 | 15 U.S.C. §1114 ▮▮▮▮▮ |
| 335 | ebay | yoav_store1 | https://www.ebay.com/str/yoavstore0) | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 336 | ebay | yoelganor | https://www.ebay.com/str/yoelganor?_trksid=p4429486.m145687.l149086 | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a))<br>17 U.S.C §101 |
| 337 | ebay | yosesu-80 | https://www.ebay.com/str/cvrayakaya | 15 U.S.C. §1114<br>15 U.S.C. § 1125(a)) |

| 338 | ebay | YOstore21 | https://www.ebay.com/str/yostore21?_trksid=p4429486.m145687.l149267 | 15 U.S.C. §1114 |
| 339 | ebay | You can du it LLC | https://www.ebay.com/str/youcanduitllc?_trksid=p4429486.m145687.l1149086 | |
| 340 | ebay | your.trusted.store | https://www.ebay.com/usr/your.trusted.store?_trksid=p2047675.m3561.l2559 | |
| 341 | ebay | yubeny_4 | https://www.ebay.com/str/twohand12 | |
| 342 | ebay | yudityulia | https://www.ebay.com/str/yudityulia?_trksid=p4429486.m145687.l149267 | |
| 343 | ebay | yuliimedve0 | https://www.ebay.com/str/yuliimedve0?_trksid=p4429486.m145687.l1149086 | |
| 344 | ebay | Yush-35 | https://www.ebay.com/str/kiyukistore | |
| 345 | ebay | Yuval_store1 | https://www.ebay.com/str/yuvalstore?_trksid=p4429486.m145687.l11490 | |
| 346 | ebay | Zaidam-09 | https://www.ebay.com/str/zamville?_trksid=p4429486.m145687.l1149086 | |