**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Collectanea J. Limited v. The Partnerships And Unincorporated

Case Number: 24-cv-07080

An appearance is hereby filed by the undersigned as attorney for:

Collectanea J. Limited, Plaintiff

Attorney name (type or print): Abbie Cook

Firm: Ford Banister LLC

Street address: 305 Broadway - Floor 7

City/State/Zip: New York NY 10007

Bar ID Number: 905603
(See item 3 in instructions)

Telephone Number: 212-500-3268

Email Address: acook@fordbanister.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 22, 2026

Attorney signature: S/ Abbie Cook
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023