IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLECTANEA J. LIMITED,<br><br>                    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                    Defendants. | Case No. 24-cv-07080<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**PLAINTIFF'S MOTION FOR RELEASE OF INJUNCTION BOND**

Plaintiff Collectanea J. Limited ("Plaintiff") seeks the release of the bond, in the amount of $10,000, posted on November 21, 2024, pursuant to this Court's Order entered on November 20, 2024 [Doc. 25], and grant of Preliminary Injunction. [Doc. 45]. In support thereof, Plaintiff submits the following:

       1.       On October 27, 2025, the Court entered a Default Judgment Order against all Defendants remaining in this case, and the case was terminated. [Docs. 88, 89].

       2.       On November 4, 2025, Def. No. 160 israland filed a Motion to Dismiss. [Doc. 91]. This Motion is pending before the Court.

       3.       On December 22, 2025, Plaintiff filed a Motion to amend the Default Judgment Order. [Doc. 95]. This Motion seeks to correct a clerical error in the Default Judgment Order and is pending before the Court.

       4.       This Court has not made any determination that the Temporary Restraining Order or Preliminary Injunction were wrongly issued.

5. The preliminary injunction is no longer pending as to Defendant.

6. Based on the above, Plaintiff requests that the injunction bond funds, including the principal and any accrued interest, be released and made payable to FORD BANISTER LLC in a written order submitted herewith.

Respectfully submitted this 10th day of February, 2026.

>*/s/ William Hausman*
>Bar No. 6353083
>Ford Banister LLC
>305 Broadway - Floor 7
>New York NY 10007
>Telephone: +1 (212) 500-3268
>Fax: +1 (212) 500-3269
>Email: whausman@fordbanister.com
>*Counsel for Plaintiff*