IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collectanea J. Limited, <br> a Hong Kong Limited Corporation <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships And <br> Unincorporated Associations <br> Identified On Schedule "A" <br><br> Defendants. | Case: 24-cv-07080 <br><br> Judge: Andrea R. Wood <br><br> Mag. Judge: Jeannice W. Appenteng |

## SATISFACTION OF JUDGMENT
### AS TO DEF (No. 339) You can du it LLC

WHEREAS, a judgment was entered in the above action on October 27, 2025 [Doc. 88], in favor of Plaintiff COLLECTANEA J. LIMITED, a Hong Kong Limited Corporation, ("Plaintiff") and against each of the Defaulting Defendants Identified in Schedule A in the amount of seventy-five thousand dollars ($75,000) for willful trademark infringement and seventy-five thousand dollars ($75,000) for willful copyright infringement. 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), ("Judgment Amount") and Plaintiff acknowledges payment of an agreed-upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to Defendant (No. 339) You can du it LLC, only.

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment

Defendant (No. 339) You can du it LLC, only.

    Respectfully Submitted this 16th of February, 2026,


                                /s/ *Abbie Cook*
                                Abbie Cook
                                GA Bar No.: 905603
                                Ford Banister LLC
                                305 Broadway – Floor 7
                                New York, NY 10007
                                Telephone: 212-500-3268
                                Email: acook@fordbanister.com
                                *Attorney for Plaintiff*